JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:       (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:            Joyce_Leavitt@fd.org

Counsel for Defendant PARRISH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN PARRISH,<br><br>Defendant. | Case No.: 4:23–MJ-70297 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO MAY 10, 2023** |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Ian Parrish scheduled for April 11, 2023, before the duty magistrate judge, be continued to Wednesday, May 10, 2023, at 10:30 a.m. before the duty magistrate for status. The reason for the continuance is as follows: Defense counsel recently received a second production of discovery from the government, and will also be requesting additional discovery deemed necessary to its investigation. Counsel will need adequate time to request, receive and review the additional discovery, as it continues to investigate the case. Furthermore, once the investigation is completed,

defense counsel will need time to discuss the case with government counsel and explore potential resolutions. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until May 10, 2023, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:     April 5, 2023

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:     April 5, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_____/S/_____
EVAN M. MATEER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN PARRISH,<br><br>Defendant. | Case No.: CR 4:23–MJ-70297 MAG<br><br>**ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO MAY 10, 2023** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Ian Parrish, currently scheduled for April 11, 2023, at 10:30 a.m., is continued to May 10, 2023, at 10:30 a.m., before the duty magistrate for status.

IT IS FURTHER ORDERED that the time until May 10, 2023, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated: April 6, 2023

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

ORDER RE: STATUS TO 5/10/23
*PARRISH*, 4:23–MJ-70297 MAG

1