JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Cellular telephone: (415) 517-4879
Email: Joyce_Leavitt@fd.org

Counsel for Defendant PARRISH

```
FILED
Jun 20 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN PARRISH,<br><br>Defendant. | Case No.: 4:23–mj-70297 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO JUNE 28, 2023** |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Ian Parrish scheduled for June 21, 2023, before the duty magistrate judge, be continued to Wednesday, June 28, 2023, at 10:30 a.m. before the duty magistrate for status or arraignment on information. The reason for the continuance is as follows: Defense counsel has received additional discovery from the government and has been conducting preliminary investigation. The parties are also in the process of discussing the case and potential resolutions. Counsel is hopeful that the additional week will enable the parties to reach agreements such that an information will be filed in

advance and Mr. Parrish can be arraigned at that time. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until June 28, 2023, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: June 20, 2023

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: June 20, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_____/S/_____
EVAN M. MATEER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IAN PARRISH,<br><br>　　　　　Defendant. | Case No.: 4:23–mj-70297 MAG<br><br>**ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO JUNE 28, 2023** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Ian Parrish, currently scheduled for June 21, 2023, at 10:30 a.m., is continued to June 28, 2023, at 10:30 a.m., before the duty magistrate for arraignment on information or status.

IT IS FURTHER ORDERED that the time until June 28, 2023, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated: June 20, 2023

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

[ORDER RE: STATUS TO 6/28/23
*PARRISH*, 4:23–mj-70297 MAG

1