1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  EVAN M. MATEER (CABN 326848)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Fax: (510) 637-3724
        Email: Evan.Mateer@usdoj.gov
8
9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                  OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           ) CASE NO. 4:23–mj-70297 MAG
14 |     Plaintiff,                      ) STIPULATION AND ORDER TO CONTINUE
                                         ) STATUS CONFERENCE, EXCLUDE TIME,
15 |    v.                               ) AND EXTEND DEADLINES UNDER THE
                                         ) SPEEDY TRIAL ACT AND FED R. CRIM. P.
16 | IAN PARRISH,                        ) 5.1 TO JULY 18, 2023
                                         )
17 |                                     )
       Defendant.                        )
18 |_____ )

19
        The parties to the above-captioned matter hereby stipulate and respectfully request that the Status
20
   Conference currently scheduled for June 28, 2023, at 10:30 a.m. be continued to July 18, 2023 at 10:30
21
   am. Defense counsel is continuing to review discovery and investigate the case. The parties are also in
22
   the process of discussing the case and potential resolutions. The parties require additional time for
23
   defense counsel to continue their investigation and to conclude a potential agreed resolution.
24
        It is further stipulated by and between counsel for the United States and counsel for the
25
   defendant Ian Parrish, that time be excluded under the Speedy Trial Act from June 28, 2023 through
26
   July 18, 2023. The parties stipulate and agree that excluding time until July 18, 2023 will allow for the
27
   effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and
28

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
4:23–mj-70297 MAG                                1

1  agree that the ends of justice served by excluding the time from June 28, 2023 through July 18, 2023
2  from computation under the Speedy Trial Act outweigh the best interests of the public and the
3  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The parties further stipulate that, with
4  the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing
5  under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an
6  indictment under the Speedy Trial Act for the reasons discussed above. See Fed. R. Crim. P. 5.1; 18
7  U.S.C. § 3161(b).

8  　　　　The undersigned Assistant United States Attorney certifies that he has obtained approval from
9  counsel for the defendant to file this stipulation and proposed order.

10 　　　　IT IS SO STIPULATED.

11 DATED: June 26, 2023                         /s/
                                              EVAN M. MATEER
12                                            Assistant United States Attorney

13
   DATED: June 26, 2023                         /s/
14                                            JOYCE LEAVITT
                                              Counsel for Defendant Ian Parrish

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Status Conference regarding in the above-captioned matter is continued to July 18, 2023 at 10:30 am.

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the Court finds that failing to exclude the time from June 28, 2023 through July 18, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 28, 2023 through July 18, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 28, 2023 through July 18, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED:  June 27, 2023



_____
HON. DONNA M. RYU
Chief Magistrate Judge