1 | JODI LINKER
2 | Federal Public Defender
  | Northern District of California
3 | JOYCE LEAVITT
  | Assistant Federal Public Defender
4 | 13th Floor Federal Building - Suite 1350N
  | 1301 Clay Street
5 | Oakland, CA 94612
  | Telephone:   (510) 637-3500
6 | Cellular telephone:   (415) 517-4879
  | Email:         Joyce_Leavitt@fd.org
7 |
8 | Counsel for Defendant PARRISH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:23–MJ-70297 MAG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO AUGUST 16, 2023** |
| v. | |
| IAN PARRISH, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Ian Parrish scheduled for August 8, 2023, before the duty magistrate judge, be continued to Wednesday, August 16, 2023, at 10:30 a.m. before the duty magistrate for status or arraignment on information. The reason for the continuance is as follows: Defense counsel has provided the government with reciprocal discovery and the government also provided Mr. Parrish with additional discovery within the past week. The additional time will enable the parties to continue negotiating a resolution which may include Mr. Parrish waiving his right to indictment by the grand

jury and being arraigned on an information. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until August 16, 2023, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

    The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

                                              IT IS SO STIPULATED.

Dated:     August 7, 2023

                                            JODI LINKER
                                            Federal Public Defender
                                            Northern District of California

                                            _____/S/_____
                                            JOYCE LEAVITT
                                            Assistant Federal Public Defender

Dated:     August 7, 2023

                                            ISMAIL J. RAMSEY
                                            United States Attorney
                                            Northern District of California

                                            _____/S/_____
                                            EVAN M. MATEER
                                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN PARRISH,<br><br>Defendant. | Case No.: 4:23–MJ-70297 MAG<br><br>**ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO AUGUST 16, 2023** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Ian Parrish, currently scheduled for August 8, 2023, at 10:30 a.m., is continued to August 16, 2023, at 10:30 a.m., before the duty magistrate for status or arraignment on information and waiver of indictment.

IT IS FURTHER ORDERED that the time until August 16, 2023, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence as described in the stipulation. The Court finds that the ends of justice served by the granting a continuance outweigh the best interests of the public and defendant in a speedy and public trial. The Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated:   August 7, 2023

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

ORDER RE: STATUS TO 8/16/23 *PARRISH*,
4:23–MJ-70297 MAG

1